IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01650-REB-MJW

AARON JORDAN,

Plaintiff(s),

v.

D. COOLEY #302595,
CITY OF AURORA (official capacity suit),
J. VAN KAMP #25337,
CARRIAGE PARK CONDO ASSOCIATION,
PRESIDENT DENNIS HELK,

Defendant(s).

ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFF

Entered by Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case entered by Judge Robert E. Blackburn on June 24, 2013.  (Docket No. 3).

IT IS HEREBY ORDERED that a Status Conference shall be held on:

August 21, 2013, at 10:00 a.m.
in Courtroom A-502,
Fifth Floor,
Alfred A. Arraj U.S. Courthouse,
901 19th Street,
Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

THE PLAINTIFF SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED
AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.

FURTHER, it is ORDERED that plaintiff shall forthwith serve **each defendant**
with service of process consistent with Federal Rule of Civil Procedure 4.

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff
shall:

1.  Provide written proof of service of process on **ALL** defendants **or** show cause
why this case should not be dismissed for lack of service of process and/or failure to
prosecute;

2.  Inform this court on whether you intend to retain legal counsel.  If you intend
to retain legal counsel, then you shall be prepared to inform this court, on the record, of
what efforts you have made to retain legal counsel; and,

3.  Become familiar with the following Rules:  (a) the Federal Rules of Civil
Procedure, (b) the United States District Court for the District of Colorado Local Rules of
Practice, and (c) the Federal Rules of Evidence.  These sets of rules shall apply in this
case.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United
States Courthouse will be required to show valid photo identification.  See
D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement will result in denial of
entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 25th day of June, 2013.

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge