IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01650-REB-MJW

AARON JORDAN,

Plaintiff(s),

v.

D. COOLEY #302595,
CITY OF AURORA (official capacity suit),
J. VAN KAMP #25337,
CARRIAGE PARK CONDO ASSOCIATION,
PRESIDENT DENNIS HELK,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the pro se plaintiff's Motion for Stay of Execution Pending Appeal Pursuant Crim. Rule 37(f) (Docket No. 35) and Motion to Suppress Evidence Challenging Police/Courts [sic] Conduct (Docket No. 36) are both denied. In this civil action, this court does not have jurisdiction to conduct a suppression hearing concerning the evidence in the plaintiff's case in the state court, to stay the execution of any sentence imposed in Arapahoe County Court, or to release plaintiff pending final disposition of his appeal in that case.

Date: December 6, 2013