IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01650-REB-MJW

AARON JORDAN,

Plaintiff(s),

v.

D. COOLEY #302595,
CITY OF AURORA (official capacity suit),
J. VAN KAMP #25337,
CARRIAGE PARK CONDO ASSOCIATION,
PRESIDENT DENNIS HELK,

Defendant(s).

### MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the pro se plaintiff's Motion for Stay of Execution Pending Appeal Pursuant Crim. Rule 37(f) (Docket No. 44) and Motion to Suppress Evidence Challenging Police/Courts [sic] Conduct (Docket No. 43) are both denied.

Plaintiff previously filed identical motions (see Docket Nos. 35 and 36).  He merely crossed out and wrote over the date on Docket No. 43.  Plaintiff's identical motions were denied by this court in a Minute Order entered on December 6, 2013 (Docket No. 38).

Date: December 16, 2013