**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-01650-REB-MJW

AARON JORDAN,

    Plaintiff,

v.

D. COOLEY #302595,
CITY OF AURORA (official capacity suit),
J. VAN KAMP #25337,
CARRIAGE PARK CONDO ASSOCIATION, and
PRESIDENT DENNIS HOUCK,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Granting Motions to Dismiss** of Judge Robert E. Blackburn entered on March 10, 2014 it is

ORDERED that under FED. R. CIV. P. 12(b)(1), (5), and (6), **Defendants Carriage Park Homeowners Association's and Dennis Houck, President of Carriage Park HOA's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1), 12(b)(5) and 12(b)(6)** [#12] filed July 18, 2013, is **GRANTED**;

FURTHER ORDERED that under FED. R. CIV. P. 12(b)(1), (4), and (5), the **Aurora Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. Rule 12 (b) (4) and (5) for Insufficiency of Process and of Service of Process** [#14] filed August 5,

2013, is **GRANTED**;

FURTHER ORDERED that all claims asserted in the complaint [#1] are **DISMISSED** without prejudice;

FURTHER ORDERED that **JUDGMENT IS ENTERED** for the defendants, D. Cooley #302595, City of Aurora (official capacity suit), J. Van Kamp #25337, Carriage Park Condo Association, and President Dennis Houck, against the plaintiff, Aaron Jordan; and

FURTHER ORDERED that the defendants are **AWARDED** their costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 10th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   Kathleen Finney

Kathleen Finney
Deputy Clerk